Paul F. STOLLINGS, et al., Appellants,

v.

Arthur R. KINCAID, et al., Respondents.

No. WD 34831.

Missouri Court of Appeals, Western District.

Nov. 20, 1984.

Lydia M. Burns, Darrell W. Moore, Kansas City, for appellants.

Patricia L. Hughes, Leary G. Skinner, Liberty, for respondents.

Before TURNAGE, C.J., and MANFORD and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from dismissal of will contest. Judgment affirmed. Rule 84.16(b)